# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

SAMUEL HARVILEY III )
        Plaintiff )
)
vs. )Case No. _____
)
OFFICER SHEPARD ) OFFICER JOHN DOE
OFFICER KOLTHOFF ) OFFICER GOMEZ
LIEUTENANT GISH ) SGT. MEAD
OFFICER HAMILTON )
        Defendant(s) )

## VERIFIED COMPLAINT

☒ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other _____

___

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, __SAMUEL HARVILEY III__, and states as follows:

My current address is: 2600 N. Brinton Ave., Dixon, IL. 61021 Dixon Correctional Center

The defendant __SHEPARD__, is employed as a Correctional Officer at Pontiac Correctional Center

The defendant __KOLTHOFF__, is employed as a Correctional Officer at Pontiac Correctional Center

The defendant _GISH_, is employed as _a Lieutenant_ at _Pontiac Correctional Center_

The defendant _Hamilton_, is employed as _a Correctional Officer_ at _Pontiac Correctional Center_

The defendant _JOHN DOE_, is employed as _a Correctional Officer_ at _Pontiac Correctional Center_ (revised 9/96)

Additional defendants and addresses _____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☒

If yes, please describe

_____

_____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

Yes ☒    No ☐

C. If your answer to B is yes, how many? __1__    Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:
   Plaintiff(s) _SAMUEL HARVLEY III_
   Defendant(s) _MEGAN SKRZYPINSKI , MICHAEL P. CASTANEDO, MILES RISPKY_

2. Court (if federal court, give name of district; if state court, give name of county)
   _Federal Court, Northern District, WESTERN DIVISION_

The defendant Gomez, is employed as a Correctional officer at Pontiac Correctional Center.

The defendant Mead, is employed as a Sergeant at Pontiac Correctional Center.

3. Docket Number/Judge

3:22 - CV - 50002    Judge Philip G. Reinhard

4. Basic claim made

Excessive Force 8th Amendment

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?)

Ended through Joint Settlement

6. Approximate date of filing of lawsuit Dec 29, 2021

7. Approximate date of disposition

UNSURE

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?    Yes ☒    No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?    Yes ☒

No ☐    If your answer is no, explain why not

C. Is the grievance process completed?    Yes ☒    No ☐

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY*

VERIFIED

## STATEMENT OF CLAIM

Place of the occurrence  PONTIAC CORRECTIONAL CENTER

Date of the occurrence  July 18, 2022 ; July 23, 2022 ; July 26, 2022

Witnesses to the occurrence  Video Surveillance Footage

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph.*
*Unrelated claims should be raised in a separate civil action.*
*THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.*

CLAIM ONE

1. Defendants are being sued in their individual capacities based upon the failure in their duties to provide care, safety, and respond reasonably to Mr. Harviley's self harms and severe mental illness. As demonstrated from their gross departures from professional standards detailed below, illustrating a custom or practice of deliberate indifferences and punishments against prisoners with known psychiatric deficiencies. By non qualified security staff.

2. On July 18, 2022, between 2pm and 8pm, at Pontiac Correctional Center's South Mental housing unit, Plaintiff notified his gallery officer Kolthoff, that he was having thoughts of self harming himself and requested to speak with a crisis team member from mental health.

3. Officer Kolthoff recklessly and deliberately failed in his duty to alert a mental health professional, for Mr. Harviley's serious mental health needs. At approximately 8:15 pm, after shift changed. Petitioner began

Self harming by setting his right leg and foot on fire. While he was ablaze officer Shepard approached Plaintiff's cell front, looked him directly in the eyes clearly witnessing the fire, and walked away in deliberate indifference to Mr. Harviley's serious medical and mental health needs, without calling a emergency code for assistance, nor did he attempt to put out the fire. Plaintiff's burn injuries were severe.

4. Approximately 15 seconds thereafter another officer approached Petitioner's cell saw the fire and immediately called an emergency code. Seconds later a host of responding security personnel arrived with a fire extinguisher and extinguished the fire.

5. Mr. Harviley was then secured and carried to a nearby holding cell, to speak with internal affairs personnel, recieve medical attention, get a mental health evaluation, then was placed on crisis watch in the dirtiest cell they could find.

CLAIM TWO  6. On July 23, 2022, during the 7am-3pm shift, in the South mental housing unit, Plaintiff was being escorted out of his crisis cell to recieve his daily dressing change, for the burns on his right leg

and fat. Aware of Mr. Harviley's burn injuries, Lieutenant Gish ordered officer Hamilton and officer John Doe, to place leg restraints over Plaintiff's burned leg as a act of punishment, knowing and witnessing Petitioner suffer unnecessary pain, acting in excess of their duties forcing Mr. Harviley to walk to the health care unit and back, in said condition or refuse medical treatment. Causing severe pain, bleeding, and infection re opening the burn wound.

## CLAIM THREE

7. On July 26, 2022, at approximately 7pm, Plaintiff informed his crisis watch officer Shepard, that he needed treatment for his infected burned leg, in that it was burning and severely irritated because medical staff had changed the medications when they cleansed Petitioner's leg. Medical staff arrived over an hour later for their routine call line, and refused to treat Mr. Harviley's leg. Plaintiff thereafter began engaging in self harm by cutting himself, while SGT. Mead watched and failed in his duty to call the proper medical code, nor a crisis team member then walked away in deliberate indifference to Petitioner's medical needs, serious medical needs.

8. Petitioner continued self harming from 8:50 pm through 9:45 pm, without any assistance from security staff, as he sat in open view bleeding both SGT. Mead and officer Shepard returned to Plaintiff's cell witnessing his bleeding

then walking away. At approximately 9:19 pm, officer Gomez approached Plaintiff's Cell and saw him self harming, then stated "Dude why you just don't wait until the 11-7 shift to do that," "You know I am not calling that in right," then turned Mr. Harviley's Crisis Cell light off and walked away. Each occurrence was captured on Video Surveillance. Medications records attached as exhibits.

9. During the 9:30 count, officers Gomez and Shepard deliberately and intentionally walked past Plaintiff's Cell, without calling a emergency Code nor a Crisis team member for the self harming. At 9:45 Lieutenant Dayton and officer Gragert appeared on the gallery for an unrelated issue, and noticed Petitioner's Condition then escorted him to treatment, without notifying a Mental health professional.

10. Each Occurrence was a gross departure from professional standards of Conduct, Defendants engaged in Continuous Violations of their duties causing injury in each respective instance, which would have been avoided had they ceased from their Wrongful conduct and or been properly Supervised and trained.

11. Plaintiff requested Defendants to save the Video Surveillance footages, when he filed his grievances.

I certify, that the above Statements are true and Correct. I understand that making false Statements is perjury, and has penalties prescribed by law pursuant to 28 U.S.C. § 1746, 18 U.S.C. § 1621, or 735 ILCS 5/1-109.

7/21/24

SAMUEL HARVILEY #M 31393
Dixon Correctional Center
2600 N. Brinton Ave.
Dixon, IL. 61021

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

Compensatory and Punitive damages , any other remedies the Court deems fit except for nominal damages.

**JURY DEMAND**          Yes ☒    No ☐

Signed this _____ 21 _____ day of _____ JULY _____ ,
19 2024 .

*( Signature of Plaintiff)*

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| SAMUEL  HARVILEY | M31393 |
| Address: | Telephone Number: |
| 2600 N. Brinton Ave., Dixon, ILL. 61021 | N/A |

# MEDICATION ADMINISTRATION RECORD — BOSWELL PHARMACY SERVICES

814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 6/17/2022 Discontinue 12/13/2022 Rx# 57431281 | **AMANTADINE \*\*CAP\*\* 100MG CAP** SUB FOR: SYMMETREL ZARIF, SHABBIR TAKE 2 CAPSULE(S) BY MOUTH TWICE A DAY \*WITNESS DOSE\* | Am / Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 6/17/2022 Discontinue 7/16/2022 Rx# 40188087 | **CLONAZEPAM 1MG TAB** SUB FOR: KLONOPIN ZARIF, SHABBIR TAKE 1 TABLET(S) BY MOUTH TWICE A DAY | Am / Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 2/22/2022 Discontinue 8/20/2022 Rx# 57150279 NFA Expires: 8/20/2022 | **GABAPENTIN 300MG CAP** SUB FOR: NEURONTIN HANSEN, CHERYL TAKE 1 CAPSULE(S) BY MOUTH TWICE A DAY \*OPEN AND FLOAT\* \*WITNESS DOSE\* | Am / Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 2/15/2022 Discontinue 2/14/2023 Rx# 57139222 | **OMEPRAZOLE DR 20MG CAP** SUB FOR: PRILOSEC HANSEN, CHERYL TAKE 1 CAPSULE(S) BY MOUTH DAILY \*WITNESS DOSE\* | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order PRN 2/18/2022 Discontinue 2/17/2023 Rx# 57146881 | **XOPENEX HFA 45MCG AER** SUB FOR: LEVALBUTEROL HANSEN, CHERYL INHALE 1-2 PUFF(S) BY MOUTH FOUR TIMES A DAY AS NEEDED \*RETURN EMPTY CONTAINER\* | | | 1 11.19 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 5/13/2022 Discontinue 11/8/2022 Rx# 57350102 | **ZIPRASIDONE 80MG CAP** SUB FOR: GEODON ZARIF, SHABBIR TAKE 2 CAPSULE(S) BY MOUTH AT BEDTIME WITH SNACK \*WITNESS DOSE\* | Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | 03 | 03um8 | | LRiles | K | Scull | | PFoley |
| | | | | M | | BB | ABartlett RN | | |

| Location SM252 | Date of Birth or Soc. Sec. No. 09/07/1991 | Allergies NO KNOWN DRUG ALLERGY | | Charting for 07/01/2022 | Through 07/31/2022 | Diagnosis |
|---|---|---|---|---|---|---|

Inmate Name and Number: **HARVILEY, SAMUEL  M31393**

Facility: **PONTIAC CORR CTR**

Form # 6182LMR  (Rev. 08/13)  Reorder From: **MED·PASS** 800-438-8884

INH 071416

MEDICATION ADMINISTRATION RECORD • GABEL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 7.13.22 | Gabapentin 400mg PO BID | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue 1.13.23 | open Ch | Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 7.13.22 | Klonopin 1mg po BID | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | zan'e | Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # X30d | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 7.19.22 | 2yf 500mg po BID x 2wk | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | start on Rx stock CH | Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 7.30.22 | Keflex 500mg BID | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue 8/9/22 | | Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | OB | OBrien | HH | HH Costigan | AB | ABartlett RN | | Fenty |
| | | | | x | Queen | | | | |

Location: SM 232/20 206
Date of Birth or Soc. Sec. No.
Allergies: NKDA
Facility: PCC
Inmate Name and Number: Hamley, S M31393
Charting for 7.13.22 Through 7.31.22

Form # 6182LMR  (Rev. 05/13)
Reorder From: MED-PASS 800-438-8884
INH 071416

MEDICATION ADMINISTRATION RECORD — BOSWELL PHARMACY SERVICES
814-629-5597 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 6/17/2022 Discontinue 12/13/2022 | AMANTADINE **CAP** 100MG CAP SUB FOR: SYMMETREL   ZARIF, SHABBIR TAKE 2 CAPSULE(S) BY MOUTH TWICE A DAY *WITNESS DOSE* Rx # 57431281 | AM PM | | | | | | | | | | | | | DIC 8/11/22 | | | | | | | | | | | | | | | | | | | |
| Original Order 7/15/2022 Discontinue 8/13/2022 | CLONAZEPAM 1MG TAB SUB FOR: KLONOPIN   ZARIF, SHABBIR TAKE 1 TABLET(S) BY MOUTH TWICE A DAY Rx # 40190041 | AM PM | | | | | | | | | | | | | | E X P | S T O P | no new orders | | | | | | | | | | | | | | | | |
| Original Order 7/15/2022 Discontinue 1/10/2026 | GABAPENTIN 400MG CAP SUB FOR: NEURONTIN   HANSEN, CHERYL TAKE 1 CAPSULE(S) BY MOUTH TWICE A DAY *WITNESS DOSE* (open) Rx # 57494011  NFA Expires: 8/20/2022 | AM PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 2/15/2022 Discontinue 2/14/2023 | OMEPRAZOLE DR 20MG CAP SUB FOR: PRILOSEC   HANSEN, CHERYL TAKE 1 CAPSULE(S) BY MOUTH DAILY *WITNESS DOSE* Rx # 57139222 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order PRN 2/18/2022 Discontinue 2/17/2023 | XOPENEX HFA 45MCG AER SUB FOR: LEVALBUTEROL   HANSEN, CHERYL INHALE 1-2 PUFF(S) BY MOUTH FOUR TIMES A DAY AS NEEDED *RETURN EMPTY CONTAINER* Rx # 57140831 | 11-19 | | | DIC'd | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 5/13/2022 Discontinue 11/8/2022 | ZIPRASIDONE 80MG CAP SUB FOR: GEODON   ZARIF, SHABBIR TAKE 2 CAPSULE(S) BY MOUTH AT BEDTIME WITH SNACK *WITNESS DOSE* Rx # | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | OB | Ozuma | | Marchetti, R | | Jul | | Jangmark |

| Location | Date of Birth or Soc. Sec. No. | Allergies | | | |
|---|---|---|---|---|---|
| SM202  204  237 | 09/07/1991 | NO KNOWN DRUG ALLERGY | | Charting for | Through |
| Patient Name and Number HARVILEY, SAMUEL  M31393 | | Facility PONTIAC CORR CTR | Diagnosis | 08/01/2022 | 08/31/2022 |

Form # 6182LMR2  (Rev. 01/22)   Reorder From: MED·PASS  800-438-8884   LH596

MEDICATION ADMINISTRATION RECORD

**BOSWELL PHARMACY SERVICES**
814-629-9397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 7/9/22 Discontinue 8/2/22 Rx # | Tylenol 500mg PO BID | AM | | | E | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | PM | | | X P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 7/25/22 Discontinue 8/3/22 Rx # | Keflex 500mg PO BID | AM | | | E | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | PM | | | X P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 8/11/22 Discontinue 9/11/22 Rx # 0313 anif x30 days | Cymbalta 30mg po BID | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | PM | | | | | | | | | | | | | | | ↑ dose | | | | | | | | | | | | | | | | | |
| Original Order 8-7-22 Discontinue 11-7-22 Kinsella | Tylenol 1000mg PO BID | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 8-7-22 Discontinue X101 Kinsella | Keflex 500mg po BID | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 8-15-22 Discontinue 11-15-22 zanf | Cymbalta 30mg. PO BID | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | 03 | 03 and | b | K Marchetti, R | x | Suiee | g | Jangmann |

| Location 433 Sm 204 237 | Date of Birth or Soc. Sec. No. 9-7-91 | Allergies NKDA | | |
|---|---|---|---|---|
| Inmate Name and Number HARVILEY, SAMUEL   M31393 | Facility Pontiac C.C. | Charting for 8/1/22 | Through 8/31/22 | |

Form # 6182LMR   (Rev. 08/13)

Reorder From: MED-PASS 800-438-8884

INH 071416

# MEDICATION ADMINISTRATION RECORD

## BOSWE' PHARMACY SERVICES
814-629-1397 · Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 8/19/88 | Acuvue Oasys Contacts 1-4.00 RIGHT EYE 1-6.00 LEFT EYE with rinse & remove empty containers | 8 AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue ×90 Rx # (e18) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | Johns M R | | | | | | K Cullen | | J Langman |

| Location SMH-433 | Date of Birth or Soc. Sec. No. | Allergies NKDA | | | Diagnosis |
|---|---|---|---|---|---|
| Inmate Name and Number Harvilla, Samuel M31393 | | Facility Pon Cc | Charting for Aug 2008 | Through | |

Form # 6182LMR   (Rev. 08/13)        Reorder From: **MED·PASS** 800-438-8884        INH 07416

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 8/9/2022 Discontinue 11/6/2022 Rx # 57550133 | **ACETAMINOPHEN 500MG TAB** SUB FOR: TYLENOL  VINSON-KINSELLA, ASHLEY TAKE 2 TABLET(S) BY MOUTH TWICE A DAY *WITNESS DOSE* | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 8/18/2022 Discontinue 11/15/2022 Rx # 57572200 | **DULOXETINE 30MG CAP** SUB FOR: CYMBALTA  ZARIF, SHABBIR TAKE 1 CAPSULE(S) BY MOUTH TWICE A DAY *WITNESS DOSE* | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 7/15/2022 Discontinue 1/10/2023 OPEN Rx # 57494011 NFA Expires: 1/18/2023 | **GABAPENTIN 400MG CAP** SUB FOR: NEURONTIN  HANSEN, CHERYL TAKE 1 CAPSULE(S) BY MOUTH TWICE A DAY *WITNESS DOSE* | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 2/15/2022 Discontinue 2/14/2023 Rx # 57139222 | **OMEPRAZOLE DR 20MG CAP** SUB FOR: PRILOSEC  HANSEN, CHERYL TAKE 1 CAPSULE(S) BY MOUTH DAILY *WITNESS DOSE* | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 5/13/2022 Discontinue 11/8/2022 Rx # 57310102 | **ZIPRASIDONE 80MG CAP** SUB FOR: GEODON  ZARIF, SHABBIR TAKE 2 CAPSULE(S) BY MOUTH AT BEDTIME WITH SNACK *WITNESS DOSE* | Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8-19-22 Discontinue | Acuve oasys contacts 1-4.00 ® eye #90 lens 1-6.00 © eye witness removal + Reinsert pt cont. | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | PB | | | B. Knochel... R | | | | |

| Location SM435  433 | Date of Birth or Soc. Sec. No. 09/07/1991 | Allergies NO KNOWN DRUG ALLERGY | | | Diagnosis |
|---|---|---|---|---|---|
| Patient Name and Number | | Facility | Charting for 09/01/2022 | Through 09/30/2022 | |
| HARVLEY, SAMUEL  M31393 | | PONTIAC CORR CTR | | | |

Form # 8182LMR2  1Rev. 07/22  Reorder From: **MED·PASS** 800-438-6884  LH4596

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 9/19/22 Discontinue 10/18/22 Rx # | BUPROPION IR 150mg BID for 30 days (CRUSH) 2ampf | AM PM | | | | | | | | | | | | | | | | | | → → | | | | | 6 6 | | 6 6 | 6 6 | 6 6 | P 6 | 6 | X X | X X | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 6 | KNauchlefk |

| Location 433 | Date of Birth or Soc. Sec. No. | Allergies N K DA | | Diagnosis |
|---|---|---|---|---|
| Patient Name and Number Harviley - Samuel m31393 | | Facility Pontiac Corr Ctr | Charting for 9/1/22 Through 9/30/22 | |

Form # 6182LMR2 (Rev. 01/22)

Reorder From: **MED·PASS** 800-438-8884

LH4596

MEDICATION ADMINISTRATION RECORD

BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 8/9/2022 Discontinue 11/6/2022 Rx # 57550133 | **ACETAMINOPHEN 500MG TAB** SUB FOR: TYLENOL    VINSON-KINSELLA, ASHLEY TAKE 2 TABLET(S) BY MOUTH TWICE A DAY *WITNESS DOSE* | Am / Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 8/18/2022 Discontinue 11/15/2022 Rx # 57573280 | **DULOXETINE 30MG CAP** SUB FOR: CYMBALTA    ZARIF, SHABBIR TAKE 1 CAPSULE(S) BY MOUTH TWICE A DAY *WITNESS DOSE*   DC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 7/15/2022 Discontinue 1/10/2023 Rx # 57494011  NFA Expires: 1/18/2023 | **GABAPENTIN 400MG CAP** SUB FOR: NEURONTIN    HANSEN, CHERYL TAKE 1 CAPSULE(S) BY MOUTH TWICE A DAY *WITNESS DOSE*   Open | Am / Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 2/15/2022 Discontinue 2/14/2023 Rx # 57130222 | **OMEPRAZOLE DR 20MG CAP** SUB FOR: PRILOSEC    HANSEN, CHERYL TAKE 1 CAPSULE(S) BY MOUTH DAILY *WITNESS DOSE* | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 5/13/2022 Discontinue 11/8/2022 Rx # 57350102 | **ZIPRASIDONE 80MG CAP** SUB FOR: GEODON    ZARIF, SHABBIR TAKE 2 CAPSULE(S) BY MOUTH AT BEDTIME WITH SNACK *WITNESS DOSE* | Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 9/19/22 Discontinue 12/18/22 Rx # | Bupropion IR 150mg BID   Crush | Am / Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Jungmann | B | |
| | | | | | | | | 5 | |
| | | | | | | | | AG | |

| Location SM433 314 | Date of Birth or Soc. Sec. No. 09/07/1991 | Allergies NO KNOWN DRUG ALLERGY | | | Diagnosis |
|---|---|---|---|---|---|
| Patient Name and Number HARVILEY, SAMUEL M31393 | | Facility PONTIAC CORR CTR | Charting for 10/01/2022 | Through 10/31/2022 | |

Form # 6182LMR2 (Rev. 01/22)    Reorder From: **MED·PASS** 800-438-8884    LH4596

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 8/9/22 | Acuvue Oasys Contacts | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue #90 | 1-4.00 ®eye    Witness | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # Lens | 1-6.00 Ⓛeye  Remove empt-l cont. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | LLiLio | | | | Jungmann | 3 | |
| | | | T.T.Kelles in KRN | | | | | M | |

Location 433 SM 314

Date of Birth or Soc. Sec. No.

Allergies

Inmate Name and Number  Harkiley m31393

Facility  Pon

Charting for  10/22

Through

Diagnosis

Form # 6182LMR  (Rev. 08/13)

Reorder From: MED·PASS® 800-438-8884

INH 071416

MEDICATION ADMINISTRATION RECORD   BOSWEL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 11-1-22 Discontinue 12-1-22 Rx # | Bupropion IR 150g PO BId x 30 day CRUSH | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 11·4·22 Discontinue 12.4.22 Rx # | Geodon 160mg PO QHS c̄ snack Bag | Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 11/4/22 Discontinue 2/3/23 Rx # | Geodon 80mg @ HS | Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 11/21/22 Discontinue 2/21/23 Rx # | Bupropion IR 150mg BID Crush | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | AB | ABartlett RN | | |
| | | | | | | B | Kharchett | An | |

Location  Rm 14  310

Date of Birth or Soc. Sec. No.

Allergies  NKA

Patient Name and Number  Hartley  Samuel  M31393

Facility  PCC

Charting for  12-1-22   Through  11-1-22

Diagnosis

Form # 6182LMRP (Rev. 01/22)

Reorder From: MED·PASS 800-438-8884

LH4596

1:24-cv-01255-GRL    # 1    Filed: 07/22/24    Page 20 of 42

BOONE'S PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 8/9/2022 Discontinue 11/6/2022 Rx # 7550133 | **ACETAMINOPHEN 500MG TAB** SUB FOR: TYLENOL   VINSON-KINSELLA, ASHLEY TAKE 2 TABLET(S) BY MOUTH TWICE A DAY *WITNESS DOSE* | Am / pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 7/15/2022 Discontinue 1/10/2023 Rx # 7494011  NFA Expires: 1/18/2023 | **GABAPENTIN 400MG CAP** SUB FOR: NEURONTIN   HANSEN, CHERYL TAKE 1 CAPSULE(S) BY MOUTH TWICE A DAY *WITNESS DOSE* OPEN | AM / pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 2/15/2022 Discontinue 2/14/2023 Rx # 57139222 | **OMEPRAZOLE DR 20MG CAP** SUB FOR: PRILOSEC   HANSEN, CHERYL TAKE 1 CAPSULE(S) BY MOUTH DAILY *WITNESS DOSE* | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 5/13/2022 Discontinue 11/8/2022 Rx # 57250102 | **ZIPRASIDONE 80MG CAP** SUB FOR: GEODON   ZARIF, SHABBIR TAKE 2 CAPSULE(S) BY MOUTH AT BEDTIME WITH SNACK *WITNESS DOSE* | pm | | | | | D/C   See N.O | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 8/19/22 Discontinue Rx # #90 | Acuvue Oasys contacts 1-4.00 Rt. eye 1-6.00 Lt. eye  witness-remove empty cont. | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 9/19/22 Discontinue 10/18/22 | Wellbutrin IR 150mg po bid   crush | AM / PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Location SM433  310 | Date of Birth or Soc. Sec. No. 09/07/1991 | Allergies No Known Allergies, NO KNOWN DRUG ALLERGY | | Diagnosis |
|---|---|---|---|---|
| Patient Name and Number HARVLEY, SAMUEL M31393 | | Facility PONTIAC CORR CTR | Charting for 11/01/2022 | Through 11/30/2022 |

Form # 6192LMR2 (Rev. 01/22)    Reorder From: **MED·PASS** 800-438-8884    LH4596

MEDICATION ADMINISTRATION RECORD · BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644



| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 11/3/2022 Discontinue 12/2/2022 Rx # 57739715 NFA Expires: 12/25/2022 | BUPROPION 75MG TAB SUB FOR: WELLBUTRIN OLADIPO, JAMILA TAKE 2 TABLET(S) BY MOUTH TWICE A DAY *WITNESS DOSE* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 7/15/2022 Discontinue 1/10/2023 Rx # 57494011 NFA Expires: 1/18/2023 | GABAPENTIN 400MG CAP SUB FOR: NEURONTIN HANSEN, CHERYL TAKE 1 CAPSULE(S) BY MOUTH TWICE A DAY *WITNESS DOSE* OPEN | AM / PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 2/15/2022 Discontinue 2/14/2023 Rx # 57139222 | OMEPRAZOLE DR 20MG CAP SUB FOR: PRILOSEC HANSEN, CHERYL TAKE 1 CAPSULE(S) BY MOUTH DAILY *WITNESS DOSE* | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 11/8/2022 Discontinue 12/7/2022 Rx # 57749991 | ZIPRASIDONE 80MG CAP SUB FOR: GEODON SANGSTER SR, JOE TAKE 2 CAPSULE(S) BY MOUTH AT BEDTIME WITH SNACK *WITNESS DOSE* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 11.21.22 Discontinue 2.21.23 COPY | Geodon 80mg po 2 caps po Qhs | Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 11.21.22 Discontinue 2.21.23 CRUSH COPY | Bupropion IR 150mg BID | AM / PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | V Fazy RN | E | K marchetti B | | J hunt | | |

| Location SM 310 | Date of Birth or Soc. Sec. No. 09/07/1991 | Allergies No Known Allergies, NO KNOWN DRUG ALLERGY | | Diagnosis |
|---|---|---|---|---|
| Patient Name and Number HARVILEY, SAMUEL M31393 | | Facility PONTIAC CORR CTR | Charting for 12/01/2022 Through 12/31/2022 | |

Form # 6182LMR2 (Rev. 01/22)   Reorder From: MED·PASS 800-438-8884   LH4596

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 11/23/2022 Discontinue 2/20/2023 | BUPROPION 75MG TAB SUB FOR: WELLBUTRIN JARIF, SHABBIR TAKE 2 TABLET(S) BY MOUTH TWICE A DAY *CRUSH AND FLOAT* *WITNESS DOSE* | Am / Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # 57782901   NFA Expires: 5/29/2023 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 7/15/2022 Discontinue 1/10/2023 | GABAPENTIN 400MG CAP SUB FOR: NEURONTIN HANSEN, CHERYL TAKE 1 CAPSULE(S) BY MOUTH TWICE A DAY *WITNESS DOSE* OPEN + FIDAT | Am / Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # 57494011   NFA Expires: 1/18/2023 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 2/15/2022 Discontinue 2/14/2023 | OMEPRAZOLE DR 20MG CAP SUB FOR: PRILOSEC HANSEN, CHERYL TAKE 1 CAPSULE(S) BY MOUTH DAILY *WITNESS DOSE* | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # 57139222 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 11/23/2022 Discontinue 2/20/2023 | ZIPRASIDONE 80MG CAP SUB FOR: GEODON ZARIE, SHABBIR TAKE 2 CAPSULE(S) BY MOUTH AT BEDTIME WITH SNACK *WITNESS DOSE* | Pm | | | | | | | | | See N.O. | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # 57782899 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1/9/23 Original Order Discontinue X 6mo Rx # | GEODON 80mg po q hs ZARIF/V | pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

RECEIVED MAR 01 2023 BY

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | AB | A Bartlett RN |
| | | | | | | | ₭ Kuarchetta P | | |

| Location SMS19330 230 | Date of Birth or Soc. Sec. No. 09/07/1991 | Allergies No Known Allergies, NO KNOWN DRUG ALLERGY | | | Diagnosis |
|---|---|---|---|---|---|
| Patient Name and Number HARVILEY, SAMUEL M31393 | | Facility PONTIAC CORR CTR | Charting for 01/01/2023 | Through 01/31/2023 | |

Form # 6182LMR2 (Rev. 01/22)    Reorder From: MED·PASS 800-438-8884    LH4596

MEDICATION ADMINISTRATION RECORD
BOSWELL PHARMACY SERVICES
814-625-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 11/23/2022 Discontinue 2/20/2023 Rx # 57782901 NFA Expires: 5/29/2023 | **BUPROPION 75MG TAB** SUB FOR: WELLBUTRIN   ZARIF, SHABBIR TAKE 2 TABLET(S) BY MOUTH TWICE A DAY *CRUSH AND FLOAT* *WITNESS DOSE* | AM / PM | | | | | | | | | | | | | | | | | | | | | E X P | | | | | | | | | | | |
| Original Order 2/15/2022 Discontinue 2/14/2023 Rx # 57139222 | **OMEPRAZOLE DR 20MG CAP** SUB FOR: PRILOSEC   HANSEN, CHERYL TAKE 1 CAPSULE(S) BY MOUTH DAILY *WITNESS DOSE* | AM | | | | | | | | | | | | | | | E X P | | | | | | | | | | | | | | | | |
| Original Order 1/13/2023 Discontinue 7/11/2023 Rx # 57882813 | **ZIPRASIDONE 80MG CAP** SUB FOR: GEODON   ZARIF, SHABBIR TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME WITH SNACK *WITNESS DOSE* | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | contact lenses QDay *get containers back* | AM / PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | Prilosec 20mg PO QD | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

*Handwritten note (right margin):* 1/2 slips for renewals put in 2-5

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | BB | ABartlett RN | | | | |

Location: SM___ ___

Date of Birth or Soc. Sec. No.: 09/07/1991

Allergies: No Known Allergies, NO KNOWN DRUG ALLERGY

Patient Name and Number: HARVILEY, SAMUEL  M31393

Facility: PONTIAC CORR CTR

Charting for: 02/01/2023   Through: 02/28/2023

Form # 6182LMR2  (Rev. 01/22)   Reorder From: MED-PASS 800-438-8884

**MEDICATION ADMINISTRATION RECORD**

BOSWEL PHARMACY SERVICES

814-629-7397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 2/10/23 Discontinue 3/16/23 Rx # | Wellbutrin 150mg PO BID | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Susnjar | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 1/13/23 Discontinue 4/11/23 Rx # | Geodon 80mg PO QHS Osnack | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 2/6/23 Discontinue 2/6/24 Rx # | Prilosec 20mg PO QD | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 2-22-23 Discontinue 2-22-24 Rx # | Dispense 1 pair of Acuvue Oasys 1-Day Contact lenses every day | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 2-28-23 Discontinue 8-28-23 Rx # | Neurontin 400mg PO BID | | | | | | | | | | | | | | | | | | | | | | | | | | | | when approved | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Location DPU | Date of Birth or Soc. Sec. No. 9/7/91 | Allergies NKDA | | | Diagnosis |
|---|---|---|---|---|---|
| Patient Name and Number Hartiley, Samuel M31393 | | Facility DCC | Charting for 2/1/23 | Through 2/28/23 | |

Form # 6182LMR2  (Rev 01/22)    Reorder From: **MED·PASS** 800-438-8884

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ **DIXON Correctional** _____ Center

**Offender Information:**

Last Name: Hartley    First Name: Samuel    MI: ___    ID#: M31393

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/16/23 1pm | RN note: Recieved at dixon STC, Chart reviewed Problem list updated, FHA | ✓ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

**DIXON Correctional** Center

Offender Information:

| | | | |
|---|---|---|---|
| Last Name | First Name | MI | ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ **Dixon Correctional** _____ **Center**

| Offender Information: |
|---|
| Last Name: Harviley    First Name: Samuel    MI: ___    ID#: M31393 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/17/23<br>1330<br>T: 97.8<br>": 80<br>R: 18<br>B/P: 136/72<br>Wt: 167<br>Ht: 5'6" | **RN / LPN Note: Intake Questionnaire**<br>Allergies: NKDA | Referrals if Necessary: |
| | Chronic Illnesses: HTN / Seizure / Asthma / Diabetes | Optometry for wire frame glasses, contacts, prosthetic eye |
| | Current Medical C/O or Problems:<br>Hx of +PPD:   Y / (N)   Treatment: Y / N / NA | |
| | History of Smoking? NO<br>PPD: | |
| | Tattoos: Yes | Incident report for those who qualify for ADA |
| | GSW / SW: GSW - 4. arm<br>SW - LFA | |
| | Hx Broken Bones: NO | Patient Education: |
| | Surgical Operations: NO | |
| | Hx of Hepatitis A, B, C or HIV: NO | Access to Sick Call, Optometry, Dental, MH ✓ |
| | H/O IV Drug Abuse? NO<br>If yes, any visible track marks? no | Encourage brushing teeth at least 2x a day ✓ |
| | Rashes/ Open Areas: NO | |
| | Lice, crabs, scabies?: NO<br>Significant Scars: Keloid back of head | |
| | Vision:           Wears Glasses: Y / (N) contacts<br>Snellen: L: ___ R: ___ Color Blind: N | |
| | Teeth: Good, Fair, Poor | |
| | Hearing Aids or HOH Dx NO | |
| | Prosthesis or Amputation Hx: NO | |
| | Mobility impairment: NO<br>Acute / Chronic | Nurse Signature: _____ |

Distribution - Offender's Medical Record

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Dixon Correctional _____ Center

**Offender** Information:

_Hawiley_          _Samuel_                    ID#: _M 31393_
Last Name            First Name         Mi

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | Provider Line:   MD    PA    (NP)    DO | |
| | B/P _____ TPR _____ WT _____ | |
| | _Keloid injection_ | |
| | | |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____Dixon_____ **Center**

**Offender Information:**

| Hawley | Samuel | | ID#: M31393 |
|---|---|---|---|
| Last Name | First Name | MI | |

| Date/Time | **S**ubjective, **O**bjective, **A**ssessment | Plans |
|---|---|---|
| 2-27-23 @9³⁰ₐ | **MD/NP/RN** | plan-edu # bacteria Rx # F/u Pln # Remove drsg on 02/28/2023 |
| | wt: 170 Temp 97³ B/P 124/70 HR 90 Resp 66 | |
| | Visit for: Keloid injection | — V.u |
| | Ⓢ Pt requests posterior head keloid injection c̄ steroid. | Kuenzli fo' |
| | Ⓞ Posterior head keloids cleansed et injected c̄ 20mL depomedrol mixed c̄ 2 mL lido. Pt tolerated well. | |
| | Ⓐ Keloid steroid injection | |
| 3-21-23 | Admission Review Committee. Resident appropriately placed at this time. | Ⓟ Review in 6 mths. J. Chen, Psp |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_Dixon_ _____ Center

Offender Information:

_Samuel_ ___ _Hawsley_ ___ MI ___ ID#: _M31393_

Last Name          First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/25/23 1110A | Discipline: MD PA (NP) DO  BP 118/82 TR 80 18 WT 170#  Kelo. o Injection  (S) Pt presents for posterior head keloid injections. Consent signed  c Posterior head cleansed et injected c ꝯomo 10 mg em depomedrol mixed c 1mL lido. Pt tolerated well. Site appears less raised  (a) Keloid steroid injectn. | (plan-edu)  # Repeat need for repeat  # F/u Prn  — V.N  Kueng fgln |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

_Printed on Recycled Paper_

ILLINOIS DEPARTMENT OF CORRECTIONS
## Mental Health Master Treatment Plan Update

RECEIVED APR 1 1 2023

Facility | Dixon Correctional Center

Name of Individual in Custody: | Harviley, Samuel | ID#: | M31393 | DOB: | 9/7/1991

Treatment Plan Date: | 3/30/2023

Treatment Type: ☐ Crisis Watch Entry/7 days Seg Entry  ☐ Routine Crisis Watch  ☐ Crisis Watch upon discharge

Next Treatment Plan Due: ☐ Annually (OP)  ☐ Every 6 months (SDP)  ☐ Every 2 months (RTU)
☒ Monthly (SEG)  ☐ Weekly (Input, Crisis)  Next Treatment Plan Due: | 4/30/2023

Diagnosis Change?  ☒ No  ☐ Yes
If yes, please add diagnosis and justification in the boxes below.

Diagnosis added or deleted:

Justification for change:

| Medication(s): | Dose: | Frequency: | Indication: |
|---|---|---|---|
| Wellbutrin | 150mg | BID | mood |
| 6codan | 80mg | QHS | mood |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

ILLINOIS DEPARTMENT OF CORRECTIONS
## Mental Health Master Treatment Plan Update

Facility | Dixon Correctional Center

Name of Individual in Custody: Harviley, Samuel    ID#: M31393    DOB: 9/7/1991

| Medication(s): | Dose: | Frequency: | Indication: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Add Medication

**Response to medication and other concurrent treatment:** (Comment on enforced meds, compliance issues, lab follow-ups, etc.)

No concerns

**Client long-term goals:** (use client direct quote)

("Get out of seg")

**Short-term Objectives:** (Must be specific, measurable, attainable within review period, realistic and time-bound)

ILLINOIS DEPARTMENT OF CORRECTIONS
# Mental Health Master Treatment Plan Update

Facility | Dixon Correctional Center

Name of Individual in Custody: Harviley, Samuel | ID#: M31393 | DOB: 9/7/1991

| Objective number: | Objective (Linked to documented functional impairment, symptoms & diagnosis): |
|---|---|
| 1 | Pt stated he wants a t of RTU LOC. Pt will complete the phases of RTU and not get any tickets. |

**Clinical Interventions (Description, duration and staff responsible):**

While in RH, Pt will meet with QMHP Matas at least once a month to address levels of insight and to discuss his recent behavior. Pt will participate in 60 day treatment plan reviews to discuss progress or regression towards his mental health goals. Pt will participate in RH groups when available to learn effective communication skills and gain insight into his mental illness. Pt will attend monthly psychiatric appointments to address medication concerns and maintain medication compliance to effectively manage symptoms associated with his mental illness.

Client initials: Verbal Consent

**Involvement (Client agrees to participate by):**

While in RH, Pt will work towards refraining from engaging in negative behavior. Pt will be able to verbalize positive coping skills. Pt will be able to identify triggers and how to effectively cope with the identified triggers. Pt will discuss his decrease in severity and frequency in symptoms. Pt will ask to speak with a crisis team member if he can not safely deal with his mental health symptoms.

**Short-term Objectives: (Must be specific, measurable, attainable within review period, realistic and time-bound)**

| Objective number: | Objective (Linked to documented functional impairment, symptoms & diagnosis): |
|---|---|
| | |

**Clinical Interventions (Description, duration and staff responsible):**

Client initials:

**Involvement (Client agrees to participate by):**

ILLINOIS DEPARTMENT OF CORRECTIONS
## Mental Health Master Treatment Plan Update

Facility | Dixon Correctional Center

Name of Individual in Custody: Harviley, Samuel    ID#: M31393    DOB: 9/7/1991

---

**Short-term Objectives: (Must be specific, measurable, attainable within review period, realistic and time-bound)**

| Objective number: | Objective (Linked to documented functional impairment, symptoms & diagnosis): |
|---|---|
| | |
| | Clinical Interventions (Description, duration and staff responsible): |
| Client initials: | |
| | Involvement (Client agrees to participate by): |

Primary QMHP (Print): A. Matas, LCSW    Signature: _[signature]_ LCSW    Date: 3-30-23

Psychiatric Provider (Print): Ramon Margar…    Signature: _[signature]_    Date: 4/5/23

Title: _____    Print & Sign: _____    Date: _____

Title: _____    Print & Sign: _____    Date: _____

Title: _____    Print & Sign: _____    Date: _____

Title: _____    Print & Sign: _____    Date: _____

☑ I agree with this treatment plan    ☐ I do not agree with this treatment plan

Client Signature: _Verbal Consent_    Date: 3-30-23

---

ILLINOIS DEPARTMENT OF CORRECTIONS

### Offender Outpatient Progress Notes

RECEIVED APR 1 4 2023

_____ **Dixon Correctional** _____ Center

**Offender Information:**

Last Name _____ First Name _____ Mi _____ ID#: _M3/393_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/11/2023@ 9:00AM | Placement Review Committee determined resident to be appropriately placed in RTU. | Will review in 6 months |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Center

**Offender Information:**

_____     _____     _____     ID#: _____
Last Name                        First Name                    Mi

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|----------------------------------|-------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ DIXON Correctional _____ Center

Offender Information:

Harvley    Samuel    ID#: M31393
Last Name            First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/13/23 10:15am | RN Note: S/O: A bag containing (32) unopened pairs of contacts given to another nurse by patient with a note to only give him contacts when he asks but the order is written as daily not prn, not able to determine which days he refused. A: knowledge deficit (Ceppersa) | P: Optometry referral completed. patient educated re. daily use contacts and compliance encouraged. |
| | | |
| | | |

DOC 0084 (Eff. 9/2002 (Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ DIXON Correctional _____ Center

Offender Information:

_____  _____  _____  ID#: _____
         Last Name              First Name       MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

**Dixon Correctional** Center

Offender Information:

Last Name: HaRViley    First Name: Samuel    MI: ___    ID#: M31393

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 05/15/2003 @ 1310 | Provider Line:  MD  PA  (NP)  DO<br>B/P 132/80  TPR 97²·66·18  WT 176<br>CC: ___ Skin ___<br>Ⓢ Pt states, "I was on a different med for my acne; can I get that back?"<br>Ⓞ Pharmacy looked back 1000 days c̄ no other topical antibiotic found.<br>Pt notified Ⓐ med management | plan·edu<br>#CPM<br>#flu pen<br>— V·L<br>#Kuushan Fンスᵉ<br>P Mueller<br>5·15·33³⁰ᵖ |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Dixon Correctional _____ Center

Offender Information:

_____  _____  _____  ID#: _____
          Last Name                    First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |

## VERIFICATION OF SERVICE

Please take notice that on July 21, 2024, at approximately 5 pm, I placed the enclosed complaint in the institutional mail system, at Dixon Correctional Center, to be E-filed from the prison's law library, to the following:

Clerk of the
U.S District Court
Central District of Illinois, Urbana Division
201 S. Vine, 218 U.S Courthouse
Urbana, Ill. 61801

Plaintiff respectfully request a stamped filed copy, and will submit his in forma pauperis motion when Defendants release their part of the verified account of Plaintiff's trust fund account and six month history.

I certify that the above statement is true and correct. I understand that making a false statement is perjury, and has penalties prescribed by law pursuant to 28 U.S.C. § 1746, 18 U.S.C. § 1621, or 735 ILCS 5/1-109.

7/21/24

Samuel Harviley

SAMUEL HARVILEY      #M31393
Dixon Correctional Center
2600 N. Brinton Ave.
Dixon, Ill. 61021

URBANA DIVISION
CENTRAL DISTRICT



UNITED STATES DISTRICT COURT
CENTRAL    DISTRICT OF ILLINOIS
URBANA DIVISION

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, or pleading, to the U.S. District Court for CENTRAL District of Illinois for review and filing.

SAMUEL HARVILEY                M31393
Name                          ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1.  Is this a new civil rights complaint or habeas corpus petition?        (Yes) or  No

    If this is a habeas case, please circle the related statute:  28 U.S.C. 2241 or 28 U.S.C. 2254

2.  Is this an Amended Complaint or an Amended Habeas Petition?        Yes or (No)

        If yes, please list case number: _____

        If yes, but you do not know the case number, mark here: _____

3.  Should this document be filed in a pending case?        Yes or (No)

        If yes, please list case number: _____

        If yes, but you do not know the case number, mark here: _____

4.  Please list the total number of pages being transmitted:    41

5.  If multiple documents, please identify each document and the number of pages for each document.  For example:  Motion to Proceed In Forma Pauperis, 6 pages;  Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| ELECTRIC FILING COVER SHEET | 1 |
| VERIFICATION OF SERVICE | 1 |
| VERIFIED COMPLAINT | 36 |
| MOTION FOR COUNSEL | 2 |
| MOTION FOR SERVICE OF PROCESS | 1 |

Please note that discovery requests and responses are NOT to be filed; instead they should be forwarded to the attorney(s) of record.  Discovery materials sent to the Court will be returned unfiled.